*Not enough copies provided, mailed 1st page to defl.*

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 10 2008

at 12 o'clock and ___ min ___ M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MANUEL VILLALUZ,

    Defendant.

Case No. 04-00184
        95-00184HG

## MOTION FOR REDUCTION IN TERM OF IMPRISONMENT

COMES NOW, Manuel Villaluz, defendant pro se in the above captioned matter, with MOTION FOR REDUCTION IN TERM OF IMPRISONMENT, pursuant to 18 United States Code Service § 3582(c)(2), which allows the district court to reduce the term of imprisonment for an inmate when triggered by the Sentencing Commission subsequently lowering the sentencing range for a specific offense, pursuant to 28 United States Code Service § 994(o).

## JURISDICTIONAL STATEMENT

The United States District Court for the District of Hawaii retains original jurisdiction pursuant to 18 United States Code Service § 3231.

## CAUSE OF ACTION

1. Defendant entered a Plea Agreement, pleading guilty as to Count I of the indictment to conspiracy to distribute and possession with intent to distribute cocaine and cocaine base, 21 United States Code Service §§ 841(a)(1); 841(b)(1)(A) and 846.
2. Sentencing was based on United States Sentencing Guideline Manual § 2D1.1.

3.  In accordance with United States Sentencing Guideline Manual, § 1B1.10, a reduction in the term of imprisonment as a result of amended guideline range is appropriate where a Defendant is serving a term of imprisonment and the guideline range applicable to that Defendant has substantially been lowered as a result of an amendment to the United States Guideline Manual. In the case at bar the Commission has authorized a -2 downward departure in the base offense level for offense involving cocaine base. This departure authorizes the district court to reduce the term of imprisonment for a Defendant sentenced under the older guideline, pursuant to 18 United States Code Service § 3582(c)(2).

DEMAND

WHEREFORE, inlight of the Sentencing Commission's authorization for downward departure in these guidelines, Defendant respectfully request this Honorable Court to grant this Motion and apply the -2 level downward departure to his imposed sentence, resulting in a reduction in that term of imprisonment. Respectfully, Order it so.

7 July 2008

Respectfully submitted,

*Manuel Villaluz*

Manuel Villaluz, 95105-022
Yankton FPC P.O. Box 700
Yankton, S.D.  57078