MINUTES

```
 CASE NUMBER:      CR 04-00184HG
 CASE NAME:        UNITED STATES OF AMERICA v. MANUEL C.
                   VILLALUZ
 ATTY FOR PLA:     Chris A. Thomas, AUSA
 ATTY FOR DEFT:    Richard S. Kawana, Esq.
```

---

```
    JUDGE:   Helen Gillmor       REPORTER:   Cynthia Fazio
    DATE:    September 5, 2008   TIME:       2:15 - 2:25
```

---

COURT ACTION:    STATUS CONFERENCE –

The defendant is present, not in custody.
No interpreter present.

Discussion held.

Defendant Manuel C. Villaluz' MOTION FOR REDUCTION IN TERMS OF IMPRISONMENT (Doc. 20) is **DENIED.**

   Submitted by: Mary Rose Feria, Courtroom Manager